1913.) In the matter of Joseph Martin, an attorney. No opinion. Motion granted, and matter referred to George H. Harman, Esq., referee, in place of William F. Wyckoff. See, also, 149 App. Div. 960, 134 N. Y. Supp. 1139.

MARTIN, Appellant, v. WHEELER, Respondent. (Supreme Court, Appellate Division, First Department. November 21, 1913.) Action by Edward Martin against William H. Wheeler. M. Mackenzie, of New York City, for appellant. F. A. Dugro, of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

MASLANKA, Respondent, v. AMERICAN MFG. CO., Appellant. (Supreme Court, Appellate Division, Second Department. December 31, 1913.) Action by Leonora Maslanka, as administratrix, etc., of Joseph Maslanka, deceased, against the American Manufacturing Company. No opinion. Judgment and order reversed, and new trial granted, costs to abide the event, for error in the charge of the learned trial court at folio 128 of the case on appeal respecting contributory negligence on the part of the decedent.

MASTERSON, Respondent, v. COMMERCIAL ADVERTISER ASS'N, Appellant. (Supreme Court, Appellate Division, First Department. December 19, 1913.) Action by William B. Masterson against the Commercial Advertiser Association. B. N. Cardozo, of New York City, for appellant. B. Patterson, of New York City, for respondent.

PER CURIAM. Judgment and order reversed, and new trial ordered, costs to appellant to abide event, unless plaintiff stipulates to reduce verdict to $1,000, in which event, judgment, as so modified, and order, affirmed, without costs. Settle order on notice.

LAUGHLIN and CLARKE, JJ., dissent and vote for affirmance.

MATHEWS, Respondent, v. HILL, Appellant. (Supreme Court, Appellate Division, Third Department. November 26, 1913.) Action by Albert Mathews against Fred Hill.

PER CURIAM. Order affirmed, with $10 costs and disbursements. See, also, 153 App. Div. 933, 138 N. Y. Supp. 1129.

KELLOGG and HOWARD, JJ., dissent.

MEIGEL, Appellant, v. E. V. CRANDALL OIL & PUTTY MFG. CO., Respondent. (Supreme Court, Appellate Division, Second Department. November 21, 1913.) Action by George Meigel against the E. V. Crandall Oil & Putty Manufacturing Company. No opinion. Motion for reargument denied, with $10 costs. Motion for leave to appeal to the Court of Appeals (from 143 N. Y. Supp. 1130) denied.

MELEADY v. GORMAN et al. (Supreme Court, Appellate Division, Second Department. December 31, 1913.) Action by Margaret Meleady against Elizabeth Gorman and others. No opinion. Judgment affirmed as to the defendant Elizabeth Gorman, with costs.

MERCHANT, Respondent, v. RYALL, Appellant, et al. (Supreme Court, Appellate Division, Second Department. November 28, 1913.) Action by Metta F. Merchant, as administratrix, etc., against George M. Ryall and others. No opinion. Order modified, by directing that the matter covered by the sixtieth amendment to the proposed case on appeal be printed in the record on appeal, in question and answer, as it appears in the stenographer's minutes, and, as so modified, affirmed, without costs. See, also, 143 N. Y. Supp. 1130; 144 N. Y. Supp. 1129.

MERCHANT v. RYALL et al. (Supreme Court, Appellate Division, Second Department. December 12, 1913.) Action by Metta F. Merchant, as administratrix, etc., against George M. Ryall and others. No opinion. Motion to resettle order granted, to the extent of including in the case on appeal the matter from the lines 2 to 36, inclusive. See, also, 144 N. Y. Supp. 1129.

MESEROLE, Respondent, v. WILLIAMS, Appellant. (Supreme Court, Appellate Division, Second Department. November 7, 1913.) Action by Catharine M. Meserole against Richard J. Williams. No opinion. Judgment affirmed, with costs, upon the authority of Meserole v. Williams, 153 App. Div. 306, 137 N. Y. Supp. 1046. See, also, 153 App. Div. 915, 138 N. Y. Supp. 1130.

METROPOLITAN TRUST CO. v. MOORE. (Supreme Court, Appellate Division, First Department. December 12, 1913.) Action by the Metropolitan Trust Company against James A. Moore. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed. See, also, 153 App. Div. 893, 137 N. Y. Supp. 1129.

METZ, Respondent, v. NEW YORK & Q. C. RY. CO., Appellant. (Supreme Court, Appellate Division, Second Department. December 31, 1913.) Action by Gustave F. Metz against the New York & Queens County Railway Company. No opinion. Order unanimously affirmed, with costs.

METZ, Respondent, v. New YORK & Q. C. RY. CO., Appellant. (Supreme Court, Appellate Division, Second Department. December 31, 1913.) Action by Lillian Metz against the New York & Queens County Railway Company. No opinion. Order unanimously affirmed, with costs.

In re MEYER. (Supreme Court, Appellate Division, First Department. November 28,